UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RENEA DARBY RICHARDSON,

    Petitioner,

vs.                                          Case No. 3:05-cv-1282-J-12HTS
                                                                     3:88-cr-215-J-12

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

Petitioner's Motion to Vacate, Set Aside or Correct Sentence (Doc.1) fails to comply with Federal Rule of Civil Procedure 11 which requires all pleadings, etc., submitted to the Court to be signed. Accordingly, it is

**ORDERED AND ADJUDGED:**

That Petitioner shall have until January 23, 2006, to submit a signed Motion to Vacate, Set Aside or Correct Sentence (Doc.1), which the Clerk shall substitute for the unsigned Doc. 1. Petitioner's failure to file the signed document by that date will result in dismissal of the motion without prejudice and without further notice.

**DONE AND ORDERED** this __21st__ day of December 2005.

                                                                    Howell W. Melton
                                                   SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Petitioner
AUSA (Ronca)